DISCIPLINARY COUNSEL *v*. WELLS.

[Cite as *Disciplinary Counsel v. Wells*, ___ Ohio St.3d ___, 2023-Ohio-1239.]

(No. 2022-0362—Submitted April 13, 2023—Decided April 17, 2023.)

ON APPLICATION FOR REINSTATEMENT.

————————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Lisa Marie Wells, Attorney Registration No. 0076255, last known address in West Chester, Ohio.

{¶ 2} The court coming now to consider its order of May 24, 2022, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent from the practice of law for a period of two years with credit for time served under the December 10, 2019 interim felony suspension, finds that respondent has complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

{¶ 5} For earlier case, see *Disciplinary Counsel v. Wells*, 166 Ohio St.3d 1510, 2022-Ohio-1687, 187 N.E.3d 566.

KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, BRUNNER, and DETERS, JJ., concur.

————————————